SMITH, APPELLANT, v. JORDAN, D.B.A. LIMA PROPERTIES, INC., ET AL., APPELLEES.

[Cite as Smith v. Jordan (1994), 71 Ohio St.3d 393.]

(No. 94–2027—Submitted December 28, 1994—Decided December 30, 1994.)

*Susan M. Lutz,* for appellant.

*Cory, Meredith, Witter, Roush & Cheney Co., L.P.A.,* and *Donald J. Witter,* for appellee Craig A. Jordan.

*Ulmer & Berne, Richard D. Sweebe* and *Roberto H. Rodriguez, Jr.,* for appellee Miner O. Dickason.

The judgment of the court of appeals is reversed and the cause is remanded to the court of appeals to consider *Shump v. First Continental–Robinwood Assoc.* (1994), 71 Ohio St.3d 414, 644 N.E.2d 291.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.